[No. 21018-9-III. Division Three. April 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEE PLILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02154-1, Neal Q. Rielly, J., entered April 2, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 21293-9-III. Division Three. April 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN ALLEN DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-8-00541-8, Salvatore F. Cozza, J., entered July 12, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 21353-6-III. Division Three. April 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KEENAN J. FRAMSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-8-00279-6, Salvatore F. Cozza, J., entered July 17, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 27371-3-II. Division Two. April 23, 2003.]

ROBERT J. SUPINO, ET AL., *Appellants*, v. MASON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-01355-5, Richard A. Strophy, J., entered May 22, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, J.; Quinn-Brintnall, A.C.J., dissenting.